VITO P. MONTECALVO et al., Respondents-Appellants, v. ARTHUR LEVITT, as Comptroller of the State of New York, Appellant-Respondent.—GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.